RECEIVED
AUG - 5 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **COURTNEY PAUL SAVOY** <br> **LA. DOC #424060** <br> **VS.** | **CIVIL ACTION NO. 6:12-cv-2223** <br><br> **SECTION P** <br><br> **JUDGE REBECCA F. DOHERTY** |
| **TERRY TERRELL, WARDEN** | **MAGISTRATE JUDGE C. MICHAEL HILL** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 5 day of August, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE