RECEIVED
NOV 13 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COURTNEY PAUL SAVOY<br>LA. DOC #424060 | CIVIL ACTION NO. 6:12-cv-2223 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE HILL |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

This Court hereby **certifies** that Petitioner's appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Rule 24(a) of the Federal Rules of Appellate Procedure. Accordingly, Petitioner's Motion to Proceed in *forma pauperis* on Appeal [rec. doc. 21] is **denied.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this __13__ day of __November__, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE